UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |   |                              |
|------------------------------|---|------------------------------|
| BLAUER MANUFACTURING CO.,    | ) |                              |
|                              | ) |                              |
| Plaintiff,                   | ) |                              |
|                              | ) |                              |
| v.                           | ) | Civil Action No. 13-12823-LTS |
|                              | ) |                              |
| FECHHEIMER BROTHERS CO.,     | ) |                              |
|                              | ) |                              |
| Defendant.                   | ) |                              |

ORDER FOR REASSIGNMENT AND
REPORT AND RECOMMENDATION

March 25, 2013

SOROKIN, C.M.J.

The complaint in this action was filed on November 7, 2013, Doc. No. 1, and summons issued on that same date, Doc. No. 2. Pursuant to Fed. R. Civ. P. 4(m), a defendant must be served within 120 days of the filing of the complaint. Consistent with that rule, the period within which to serve the Defendant closed on March 7, 2014. On February 26, 2014, the Clerk issued a notice of potential dismissal, reminding the Plaintiff of their obligation under Rule 4 and ordering the Plaintiff within twenty days of the notice to file proof of service or show good cause why service has not been made. Doc. No. 5. To date, twenty-seven days have elapsed since the Clerk's notice issued and eighteen days have elapsed since the close of the period within which service was to be made without the Plaintiff having made any filing. Accordingly, it is ORDERED that the Clerk shall reassign this case to a District Judge, as all parties have not consented to final assignment to a Magistrate Judge pursuant to 28 U.S.C. § 636(c). Because the Plaintiff has failed to effect service or to otherwise respond to the Clerk's notice, this Court

hereby RECOMMENDS to the District Judge to whom this case is reassigned that this action be

DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) and Local Rule 4.1(b).[1]

    SO ORDERED.

    /s / Leo T. Sorokin
    Leo T. Sorokin
    Chief United States Magistrate Judge

---

[1] The parties are hereby advised that any party who objects to these proposed findings and recommendations must file a written objection thereto within fourteen days of receipt of this Report and Recommendation. The written objections must identify with specificity the portion of the proposed findings, recommendations, or report to which objection is made, and the basis for such objections. See Fed. R. Civ. P. 72; 28 U.S.C. § 636(b). The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b) will preclude further appellate review of the District Court's order based on this Report and Recommendation. See Keating v. Sec'y of Health & Human Servs., 848 F.2d 271 (1st Cir. 1988); United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986); Scott v. Schweiker, 702 F.2d 13, 14 (1st Cir. 1983); United States v. Vega, 678 F.2d 376, 378-79 (1st Cir. 1982); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980); see also Thomas v. Arn, 474 U.S. 140 (1985).